1
2
3
4
5
6
7
8
9
10               UNITED STATES DISTRICT COURT
11               NORTHERN DISTRICT OF CALIFORNIA
12
13

| DANESHEA MONTANOCORDOBA, | No. C18-05682 PJH |
|---|---|
| Plaintiff, | **ORDER ON STIPULATION TO CONTINUE DISPOSITIVE MOTION HEARING DATE AND REFER THE CASE FOR A SETTLEMENT CONFERENCE** |
| v. | |
| CONTRA COSTA COUNTY, DETECTIVE ANN SHIRAISHI, DEPUTY T. JACKSON, RICHMOND POLICE DEPARTMENT and DOES 1 through 20; | **\*\*AS MODIFIED BY THE COURT\*\*** [PROPOSED] |
| Defendants. | Judge: Hon. Phyllis J. Hamilton, Presiding<br>Current Mtn Cut-Off:  November 18, 2020<br>Proposed Mtn Cut-Off:  January 27, 2020<br><br>Date Action Filed: September 17, 2018<br>Trial Date: April 29, 2021 |

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

    Having reviewed the parties' stipulation, good cause exists to continue the dispositive motion hearing date and to refer the case to Magistrate Judge Westmore for a settlement

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DISPOSITIVE MOTION HEARING DATE AND REFER THE CASE FOR A SETTLEMENT CONFERENCE - Case No. C18-05682 PJH

1

conference.

The dispositive motion hearing cut-off date is continued to January 27, 2021.

The matter is referred to Magistrate Judge Westmore for a settlement conference to be completed within 60 days of this order.  The Trial Date is continued to May 24, 2021.

IT IS SO ORDERED.

DATED: September 21, 2020          By: _/s/Phyllis J. Hamilton_____
                                        HON. PHYLLIS J. HAMILTON
                                        United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DISPOSITIVE MOTION HEARING DATE AND REFER THE CASE FOR A SETTLEMENT CONFERENCE -  Case No. C18-05682 PJH

2