UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANESHA MONTANOCORDOBA,

Plaintiff,

v.

CONTRA COSTA COUNTY, et al.,

Defendants.

Case No. 18-cv-05682-PJH

**ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

Pursuant to Local Rule 72-1, this matter is referred for random assignment of a Magistrate Judge to conduct a settlement conference by April 14, 2021.  The parties will be advised of the date, time, place, and/or method of appearance by notice from the assigned Magistrate Judge.  The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge within thirty days.

**IT IS SO ORDERED.**

Dated: March 3, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge

cc:  MagRef, Assigned M/J, counsel of record