UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANESHA MONTANOCORDOBA,<br><br>Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY,<br><br>Defendant. | Case No. 18-cv-05682-PJH<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE WESTMORE FOR FURTHER SETTLEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 59, 81 |

On March 3, 2021, the court issued an order referring this action for a random assignment to magistrate judge to conduct a further settlement conference by April 14, 2021. Dkt. 81. The court understands, however, that Magistrate Judge Westmore has already conducted a settlement conference in this action. Dkt. 59. Given that, the court refers this matter for a further settlement conference with Judge Westmore by **April 14, 2021**, or as soon after as Judge Westmore's schedule permits. Judge Westmore will advise the parties of the date, time, place, and/or method of appearance.

To be clear, the clerk may ignore the court's prior order referring this matter for a random assignment of a magistrate judge (Dkt. 81).

**IT IS SO ORDERED.**

Dated: March 4, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge