UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANESHA MONTANOCORDOBA,<br><br>  Plaintiff,<br><br>  v.<br><br>CONTRA COSTA COUNTY,<br><br>  Defendant. | Case No. 18-cv-05682-PJH<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 85 |

The court is in receipt of Contra Costa County's (the "County") motion for leave to file a motion for reconsideration. Dkt. 85. The court **GRANTS** the motion for leave and will treat it as the motion for reconsideration itself. **Within seven days** of this order, plaintiff may file a response to the County's motion not to exceed ten pages.

**IT IS SO ORDERED.**

Dated: March 8, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge