UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANESHEA MONTANOCORDOBA,

Plaintiff,

v.

CONTRA COSTA COUNTY, et. al.,

Defendant.

Case No. 18-cv-05682-PJH

**JUDGMENT**

The issues having been duly heard and the court having granted defendants' motions for summary judgment,

it is Ordered and Adjudged

that judgment is hereby entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED.**

Dated: March 24, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge