UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANESHEA MONTANOCORDOBA,

Plaintiff,

v.

CONTRA COSTA COUNTY, et al.,

Defendant.

Case No. 18-cv-05682-PJH

**ORDER DENYING DEFENDANTS' MOTION SEEKING AN APPEAL BOND AND VACATING HEARING**

Re: Dkt. No. 110

Before the court is defendants' motion seeking an appeal bond. Dkt. # 110. Having read the papers filed by the parties and carefully considered their arguments and the relevant legal authority, the court hereby DENIES the motion. Accordingly, the hearing set for October 7, 2021 is VACATED.

**IT IS SO ORDERED.**

Dated: September 21, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge